# Order

**Michigan Supreme Court**
**Lansing, Michigan**

February 1, 2019

Bridget M. McCormack,
Chief Justice

David F. Viviano,
Chief Justice Pro Tem

158795(74)

Stephen J. Markman
Brian K. Zahra
Richard H. Bernstein
Elizabeth T. Clement
Megan K. Cavanagh,
Justices

HEMUBEN PATEL, Personal Representative
of the ESTATE OF HARISHKUMAR PATEL,
          Plaintiff-Appellee,

v

SC: 158795
COA: 337851
Berrien CC: 12-000336-NP

REINALT-THOMAS CORPORATION,
doing business as DISCOUNT TIRE
COMPANY,
          Defendant,
and

GOODYEAR TIRE & RUBBER COMPANY,
          Defendant-Appellant.
_____/

      On order of the Chief Justice, the motion of defendant-appellant to extend the time for filing its reply is GRANTED.  The reply will be accepted as timely filed if submitted on or before March 10, 2019.



I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

February 1, 2019



                              Clerk